UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| TIMMY WALLACE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 7:22-cv-00025-GFVT |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Orders entered on November 1, 2023, and this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of the Defendants and Plaintiff's Complaint [R. 1] is **DISMISSED WITH PREJUDICE**;

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket; and

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 20th of November, 2024.

Gregory F. Van Tatenhove
United States District Judge